February 2, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

RAYMOND L. BROOKS, Appellant

NO. 14-11-00752-CV V.

GOODYEAR TIRE & RUBBER CO., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on July 29, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by RAYMOND L. BROOKS.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.